UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERARDO GUERRERO, JR.,  :
  Plaintiff,  :
                                 :
v.  :  Civil No. 3:01CV1278(AVC)
                                 :
STATE OF CONNECTICUT  :
DEPARTMENT OF CHILDREN AND  :
FAMILIES,  :
  Defendant.  :

### ORDER TO PLAINTIFF TO SHOW CAUSE WHY PLAINTIFF'S FAILURE TO COMPLY WITH LOCAL RULE 56 SHOULD NOT RESULT IN SANCTIONS

This is an action for damages and equitable relief brought pursuant to Title VII, 42 U.S.C. § 2000e. On May 13, 2003 the defendant filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56(b). On May 13, 2003, the defendant also filed a Local Rule 56(a)(1) statement of material facts not in dispute. On July 21, 2003 the plaintiff filed a response to the defendant's motion. In accordance with Connecticut Local Rule 56(a), the plaintiff also filed a 56(a)(2) statement.[1] The plaintiff, however, failed to indicate, by citation, the affidavit or other evidence that supported the plaintiff's factual contentions as they related to his denials of the defendant's statement of facts not in dispute. Such citations are a requirement. See Conn. L. R. Civ. P. 56(a)(3). Failure to comply with this requirement subjects the plaintiff to various sanctions, including, among other things, deeming the defendant's statement of material facts

---

[1] The plaintiff's filing is, in fact, entitled a "9(c)(1)" statement. Rule 9 was the predecessor to the current local rule 56.

not in dispute admitted, see Delrio v. University of Connecticut Health Care, 292 F. Supp. 2d 412, 416-17 (D. Conn. 2003), or the granting of the defendant's motion for summary judgment, see Booze v. Shawmut Bank, Connecticut, 62 F. Supp. 2d 593, 595 (D. Conn. 1999).

The plaintiff is hereby ordered to show cause why sanctions should not be imposed for the failure to comply with Local Rule 56(a). Further, any response to this order shall include an amended Local Rule 56 statement with the requisite citations. The plaintiff shall have to and including February 25, 2004 to comply with this order.

It is so ordered this 9th day of February, 2004, at Hartford, Connecticut.

Alfred V. Covello
United States District Judge