UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERARDO GUERRERO, JR.

      V.                         CASE NO. 3:01CV01278(AVC)

STATE OF CONNECTICUT
DEPARTMENT OF CHILDREN
AND FAMILIES

## JUDGMENT

This action having been commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant having filed a motion for summary judgment and the Court, having considered the full record of the case, including applicable principles of law, on March 20, 2004, filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant against the plaintiff.

Dated at Hartford, Connecticut, this 23rd day of March, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By:   /s/ JW
                                                  Jo-Ann Walker
                                                  Deputy Clerk

EOD: _____