UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDO GUERRERO, JR. | : | CIV. NO. 3:01CV1278(AVC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | April 27, 2004 |
| *Defendant*. | | |

## MOTION FOR COSTS

Defendant's motion for summary judgment was granted on March 19, 2004 (Doc. # 53). Judgment in this matter was entered on March 23, 2004. (Doc. # 54). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 10) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

                            DEFENDANT
                            DEPARTMENT OF CHILDREN &
                                  FAMILIES

                            RICHARD BLUMENTHAL
                            ATTORNEY GENERAL

BY:         _____
              Eleanor May Mullen
              Assistant Attorney General
              Federal Bar # ct22430
              55 Elm Street, P.O. Box 120
              Hartford, CT  06141-0120
              Tel:  (860) 808-5340
              Fax: (860) 808-5383
              E-mail: Eleanor.Mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion for Costs** with exhibits A and B attached was mailed, U.S. mail first class postage prepaid, this          day of April, 2004 to all counsel of record.

    Marc L. Glenn, Esq.
    Law Offices of W. Martyn Philpot, Jr., LLC
    409 Orange Street
    New Haven, CT  06511-6406


                                            _____
                                            Eleanor May Mullen
                                            Assistant Attorney General

## EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDO GUERRERO, JR. | : | CIV. NO. 3:01CV1278(AVC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | April 27, 2004 |
| *Defendant*. | | |

## BILL OF COSTS

1. Fees of the Court Reporter .......................................... $ 506.25
    Deposition of Gerald Guerrero, dated
    October 30, 2002 -- bill attached

2. Fees of the Court Reporter …………………………….   280.00
    Deposition of Kenneth Mysogland,
    dated October 28, 2002 – bill attached

3. Fees of the Court Reporter ……………………………..   168.00
    Continued deposition of Kenneth
    Mysogland, dated January 13, 2003

    **TOTAL**                                    **$ 954.25**

3

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GERALDO GUERRERO, JR. | : | CIV. NO. 3:01CV1278(AVC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | April 27, 2004 |
| *Defendant*. | | |

**CERTIFICATION**

I, Eleanor May Mullen, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Eleanor May Mullen
Assistant Attorney General


Subscribed to and sworn to before me by the above affiant on this the _____ day of April, 2004.

_____
Notary Public/Commissioner of the Superior Court