UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDO GUERRERO | : | Case No. 3:01CV1278(AVC) |
| *Plaintiff* | : | |
| v. | : | Judge Alfred V. Covello |
| | : | |
| State of Connecticut | : | Notice of Manual Filing |
| Dept. of Children and | : | |
| Families | : | |
| *Defendant* | : | April 27, 2004 |

Please take notice that the Defendant, State of Connecticut, Department of Children and Families has manually filed the following document or thing

Invoices in Support of Defendant's Motion for Costs

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Eleanor May Mullen
Eleanor May Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Eleanor.Mullen@po.state.ct.us
Federal Bar # ct22430