**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
*********************************
GERARDO GUERRERO, JR.        *    CIVIL NO. 3:01-CV-1278 (AVC)
                   Plaintiff *
                             *
V.                           *
                             *
STATE OF CONNECTICUT,        *
DEPARTMENT OF CHILDREN AND   *
FAMILIES                     *
                  Defendants *    MAY 12, 2004
*********************************
```

## NOTICE OF APPEAL

    1.    Pursuant to F. R. A. P. 4(a)(1), Gerardo Guerrero, Jr. hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

        Ruling granting defendants' Motion For Summary Judgment

    2.    Judgment in this action was entered on March 23, 2004.

        PLAINTIFF, GERARDO GUERRERO, JR.

        BY:_____

            Marc L. Glenn
            Law Office of
            W. Martyn Philpot, Jr., LLC
            409 Orange Street
            New Haven, CT  06511
            Tel. No. (203) 624-4666
            Federal No. ct21369
            His  Attorneys

_____

2

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mailed, postage prepaid, this date to: Eleanor Mullen, Assistant Attorney General, 55 Elm Street, P.O. Box 120, Hartford, CT 06103-120.

                                        _____
                                           Marc L. Glenn

s:\docs\employ\guerrero.notice.of.appeal.5-12-04

3

4