## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**********************************
GERARDO GUERRERO, JR.    *   CIVIL NO. 3:01-CV-1278 (AVC)
           Plaintiff    *
                    *
V.                   *
                    *
STATE OF CONNECTICUT,   *
DEPARTMENT OF CHILDREN AND *
FAMILIES             *
           Defendants   *   MAY 12, 2004
**********************************

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F. R. A. P. 4(a)(5), Gerardo Guerrero, Jr. respectfully requests leave to file the within notice of appeal out of time. Gerardo Guerrero, Jr. desires to appeal the judgment in this action entered on March 23, 2004, but failed to file a notice of appeal within the required number of days because:

1) The district courts ruling granting the defendants Motion For Summary Judgment was entered on March 23, 2004. The applicable appeal period contemplated by F.R.A.P. 4 for (a)(1) expired on April 22, 2004.

2) While the plaintiff was aware of the thirty (30) day limitation in which to file the notice of appeal he can present excusable neglect and/or good cause as grounds for the pending motion.

3) Plaintiff's wife is a long time sufferer of Multiple Sclerosis and recently endured a bout in which required the Guerrero's full time attention and care. Additionally, plaintiff was required to leave his current employment position in order to tend to his ailing spouse.

2

4)      The granting of a Motion For Extension of Time to File Notice of Appeal is within the discretion of the district court *Silivanch v. Celebrity Cruises*, 333 F. 3d 355, 362 (2d. Cir. 2003).  Moreover, excusable neglect is a "elastic concept and at bottom an equitable one taking account of all relevant circumstances surrounding the party's omission."  *Pioneer Investment Services Company v. Brunswick Associates Limited Partnership*, 507 U.S.380 (1993).

5)      The relevant factors are: (1) the danger of prejudice to the non-movant; (2) the length of the delay and its potential impact on judicial proceedings; (3) the reason for the delay including whether it was within the reasonable control of the movant; (4) whether the movant acted in good faith.  *Pioneer*, 507 U.S. at 395.

6)      While issues of delay and prejudice and good faith traditionally weighed in favor of the movant, the main focus is whether the movant has offered a reason for the delay and whether it was within the reasonable control of the movant.  *Silivanch*, 333 F. 3d at 366.

7)      To the extent Guerrero can show that he was tending to his ill wife's health condition as well as financial hardship as it was necessary to leave his job to tender full time care to his wife, Guerrero can show excusable neglect and good cause for purposes of extending the time to file a Notice of Appeal.

WHEREFORE, based on the foregoing, the plaintiff, Gerardo Guerrero, Jr. respectfully requests that the pending Motion for Extension of Time to File a Notice of Appeal be granted.

3

PLAINTIFF, GERARDO GUERRERO, JR.


BY:_____
                Marc L. Glenn
                Law Office of
                W. Martyn Philpot, Jr., LLC
                409 Orange Street
                New Haven, CT  06511
                Tel. No. (203) 624-4666
                Federal No. ct21369
                His  Attorneys

_____ **CERTIFICATION** _____

       I hereby certify that a copy of the foregoing was mailed, postage prepaid, this date
to: Eleanor Mullen, Assistant Attorney General, 55 Elm Street, P.O. Box 120, Hartford,
CT 06103-120.


                              _____
                                        Marc L. Glenn

s:\docs\employ\guerrero.mot.ext.time.re.appeal.5-12-04

4

5