**MANDATE**

CT/NHCT
01-CV-1278
COVELLO

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

FILED
Aug 16 _ 2 21 PM '04
U.S. DISTRICT COURT
NEW HAVEN CONN.



GUERRERO

v.

DEPT. OF CHILDREN

Docket No.
04-2782-CV

---

The undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42 (b) of the Federal Rules of Appellate Procedure.

_____
Attorney for Appellant
Marc L. Glenn

_____
Attorney for Appellee
Joseph A. Jordan, AAG

COUNSEL: Please print name
under signature.

Dated:

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By /s/ Stanley A. Bass
Stanley A. Bass, Staff Counsel

Aug. 12, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: 8/12/04