FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   2004 APR 29 A 10: 53

| | |
|---|---|
| GERALDO GUERRERO, JR.<br>*Plaintiff,* | : CIV. NO. 3:01CV1278(AVC) |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CHILDREN<br>and FAMILIES<br>*Defendant.* | :<br>:<br>: April 27, 2004 |

## MOTION FOR COSTS

Defendant's motion for summary judgment was granted on March 19, 2004 (Doc. # 53). Judgment in this matter was entered on March 23, 2004. (Doc. # 54). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully request that

    a.    The court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Doc. # 10) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the above

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to

---

September 15, 2004. As a notice of appeal has been filed in this case, the motion is denied without prejudice to its refiling, if desired, after the court receives the mandate from the United States Court of Appeals for the Second Circuit.

SO ORDERED.

_____
Alfred V. Covello, U.S.D.J.