UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDO GUERRERO, JR. | : | CIV. NO. 3:01CV1278(AVC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | September 28, 2004 |
| *Defendant*. | | |

### MOTION FOR RECONSIDERATION REGARDING DEFENDANT'S MOTION FOR COSTS

COMES NOW the defendant and requests reconsideration of the Court's ruling dated September 15, 2004 (Doc. # 61) regarding defendant's motion for costs. In support of this motion, the defendant represents as follows:

1. Defendant's motion for summary judgment was granted on March 19, 2004 (Doc. # 53). Judgment in this matter was entered on March 23, 2004. (Doc. # 54).

2. The defendants filed their motion for costs on April 29, 2004 (Doc. # 55).

3. The plaintiff filed an untimely notice of appeal (Doc. # 56) and a motion for extension of time to file a notice of appeal (Doc. # 57), both dated May 12, 2004.

4. The plaintiff simultaneously filed his notice of appeal with the United States Second Circuit Court of Appeals.

5. The Court denied plaintiff's motion for extension of time to file a notice of appeal (Doc. # 59, dated June 14, 2004).

6. The plaintiff withdrew with prejudice his appeal (Docket No. 04-2782-cv) to the Second Circuit Court of Appeals on or about August 12, 2004 and a mandate was issued on or about August 16, 2004 and entered by this Court as Docket entry # 60.

WHEREFORE, inasmuch as plaintiff's appeal to the Second Circuit Court of Appeals has been withdrawn with prejudice, and inasmuch as this Court's summary judgment ruling of March 19, 2004 is a final judgment, the defendant respectfully requests the Court reconsider its ruling of September 15, 2004 and grant defendant's motion for costs (Doc. # 55) in its entirety in the amount of $954.25 as pled.

                                        DEFENDANT
                                        DEPARTMENT OF CHILDREN & FAMILIES

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY: _____
      Eleanor May Mullen
      Assistant Attorney General
      Federal Bar # ct22430
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Eleanor.Mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Reconsideration Regarding Defendant's Motion for Costs was mailed, U.S. mail first class postage prepaid, this      day of September, 2004 to all counsel of record.

    Marc L. Glenn, Esq.
    Law Offices of W. Martyn Philpot, Jr., LLC
    409 Orange Street
    New Haven, CT  06511-6406

                                        _____
                                        Eleanor May Mullen
                                        Assistant Attorney General