

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDO GUERRERO, JR.<br>*Plaintiff,* | : | CIV. NO. 3:01CV1278(AVC) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CHILDREN<br>and FAMILIES<br>*Defendant.* | :<br>:<br>: | September 28, 2004 |

### MOTION FOR RECONSIDERATION REGARDING DEFENDANT'S MOTION FOR COSTS

COMES NOW the defendant and requests reconsideration of the Court's ruling dated September 15, 2004 (Doc. # 61) regarding defendant's motion for costs. In support of this motion, the defendant represents as follows:

1. Defendant's motion for summary judgment was granted on March 19, 2004 (Doc. # 53). Judgment in this matter was entered on March 23, 2004. (Doc. # 54).

2. The defendants filed their motion for costs on April 29, 2004 (Doc. # 55).

3. The plaintiff filed an untimely notice of appeal (Doc. # 56) and a motion for extension of time to file a notice of appeal (Doc. # 57), both dated May 12, 2004.

4. The plaintiff simultaneously filed his notice of appeal with the United States Second Circuit Court of Appeals.

5. The Court denied plaintiff's motion for extension of time to file a notice of appeal (Doc. # 59, dated June 14, 2004).

6. The plaintiff withdrew with prejudice his appeal (Docket No. 04-2782-cv) to the Second Circuit Court of Appeals on or about August 12, 2004 and a mandate was issued on or about August 16, 2004 and entered by this Court as Docket entry # 60.

[Margin annotation, rotated:] There being no objection, the motion is granted. Alfred V. Covello, U.S.D.J. December 14, 2004. SO ORDERED.