UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALDO GUERRERO, JR. | : | CIV. NO. 3:01CV1278(AVC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF CHILDREN | : | |
| and FAMILIES | : | December 17, 2004 |
| *Defendant*. | | |

## MOTION FOR ORDER FORFEITING BOND

COMES NOW the defendant and requests that the Court issue an order consistent with its ruling on December 14, 2004 (Doc. # 63) that the plaintiff forfeit the $500.00 bond (Doc. # 10, dated December 14, 2001) posted by the plaintiff as partial satisfaction for costs assessed against the plaintiff in the above-captioned matter. The defendant represents as follows:

1. Defendant's Motion for Summary Judgment was granted on March 19, 2004 (Doc. # 53) and Judgment was entered on March 23, 2004 (Doc. # 54).

2. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned matter, moved for costs on April 29, 2004 (Doc. # 55).

3. The motion for costs was denied without prejudice on September 15, 2004 (Doc. # 61).

4. The defendant moved for reconsideration on September 28, 2004 (Doc. # 62) inasmuch as the plaintiff had withdrawn his appeal to the United States Second Circuit Court of Appeals and a mandate was issued on or about August 16, 2004 and entered by this Court as Docket entry # 60.

5. The defendant's Motion for Reconsideration was granted on December 14, 2004 (Doc. # 63) and defendant's motion for costs (Doc. # 55) was granted in its entirety in the amount of $954.25

**WHEREFORE**, the defendant respectfully request the Court issue an order that the clerk forfeit the bond posted by plaintiff in the amount of $500.00 and direct the clerk to direct payment to the Office of the Attorney General as partial satisfaction for the costs of $954.25 that have been assessed in the above-captioned matter.

                        DEFENDANT
                        DEPARTMENT OF CHILDREN & FAMILIES

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY: _____
      Eleanor May Mullen
      Assistant Attorney General
      Federal Bar # ct22430
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Eleanor.Mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Order Forfeiting Bond was mailed, U.S. mail first class postage prepaid, this 17th day of December, 2004 to all counsel of record.

Marc L. Glenn, Esq.
Law Offices of W. Martyn Philpot, Jr., LLC
409 Orange Street
New Haven, CT  06511-6406

_____
Eleanor May Mullen
Assistant Attorney General