64

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 DEC 20  A 11: 08

| | |
|---|---|
| GERALDO GUERRERO, JR.<br>*Plaintiff,* | : CIV. NO. 3:01CV1278(AVC)<br>: |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CHILDREN<br>and FAMILIES<br>*Defendant.* | :<br>:<br>: December 17, 2004<br>: |

## MOTION FOR ORDER FORFEITING BOND

COMES NOW the defendant and requests that the Court issue an order consistent with its ruling on December 14, 2004 (Doc. # 63) that the plaintiff forfeit the $500.00 bond (Doc. # 10, dated December 14, 2001) posted by the plaintiff as partial satisfaction for costs assessed against the plaintiff in the above-captioned matter. The defendant represents as follows:

1. Defendant's Motion for Summary Judgment was granted on March 19, 2004 (Doc. # 53) and Judgment was entered on March 23, 2004 (Doc. # 54).

2. Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure and Rule 54 of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned matter, moved for costs on April 29, 2004 (Doc. # 55).

3. The motion for costs was denied without prejudice on September 15, 2004 (Doc. # 61).

4. The defendant moved for reconsideration on September 28, 2004 (Doc. # 62) inasmuch as the plaintiff had withdrawn his appeal to the United States Second Circuit Court of Appeals and a mandate was issued on or about August 16, 2004 and entered by this Court as Docket entry # 60.

*[Margin notation:] January 3, 2004, GRANTED. Alfred V. Covello, U.S.D.J.*

*[Margin notation:] 3:01CV1278(AVC) SO ORDERED.*